

FILED

JUL 2 5 2008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>CAMERON HARRELL and MYLA HARRELL,<br><br>    Debtors. | Case No. 06-24207-D-13L<br><br>Docket Control No. WW-3<br><br>DATE:  July 22, 2008<br>TIME:  1:00 p.m.<br>DEPT:  D (Courtroom 34) |

### MEMORANDUM ON APPLICATION FOR ATTORNEYS FEES AND COSTS

Cameron and Myla Harrell (the "debtors") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code ("Code") on October 17, 2006. Mark Wolff of Wolff & Wolff ("Counsel") has continuously acted as the debtors' attorney and this is Counsel's first interim fee request. Through this fee application (the "Application"), Counsel seeks interim approval of $7,687.56 in fees and $313.06 in costs. Although no party has filed opposition to the Application, the court has an independent duty to review all requests for compensation and to determine their reasonableness pursuant to § 328 of the Code.

The court has concerns regarding certain services that were charged and categorized as "legal secretary/case manager" or "legal secretary/paralegal."

Specifically, Counsel's billing statements include the following time entries which are designated as "legal secretary/case manager":

1. On 10/14/06 MTC billed 3.2 hours ($320.00) for "Entered information re: creditors, assets, income and expenses into Bestcase."

2. On 10/30/06 MTC billed .1 hours ($10.00) for "Process document - request for special notice Nancy Hotchkiss."

3. On 10/30/06 MTC billed .1 hours ($10.00) for "change of address of creditor Chrysler."

4. On 10/30/06 MTC billed .1 hours ($10.00) for "process document - 341 notice - set calendar."

5. On 11/1/06 MTC billed .1 hours ($10.00) for "process document - request for special notice from Bank of America Practice Solutions Inc."

6. On 11/27/06 MTC billed .1 hours ($10.00) for "process document - request for special notice by creditor Patterson Dental."

7. On 12/11/06 MTC billed .2 hours ($20.00) for "change of address of creditor: Bank of America."

8. On 12/12/06 MW billed .1 hours ($22.50) for "review documents - change of address of creditors."

9. On 3/6/07 MTC billed .1 hours ($12.50) for "process document - request for special notice."

10. On 3/23/07 MTC billed .1 hours ($12.50) for "Telephone call from client regarding being out of town, fax documents to him."

11. On 5/1/07 SK billed .2 hours ($20.00) for "POS to Trustee debtors education."

The above-listed time entries appear to be for services secretarial in nature and therefore, non-compensable. Accordingly, the court will reduce the fee request by $447.50.

/ / /

In light of the above deductions, Counsel's interim request for fees of $7,687.56 will be reduced by $447.50 and the court will allow fees of $7,240.06 and costs of $313.06 for a total of $7,553.12.

A separate order will be entered consistent with this memorandum decision.

Dated: July 25, 2008

*Robert Bardwil*
Robert S. Bardwil
United States Bankruptcy Judge

|     |                                                        |
| --- | ------------------------------------------------------ |
| 1   | **Certificate of Service**                             |
| 2   | I certify that on July 25, 2008 a copy of the **foregoing document** was mailed to the following: |

Office of the US Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814

Lawrence Loheit
P.O. Box 1858
Sacramento, CA 95812

Mark Wolff
8861 Williamson Dr., #30
Elk Grove, CA 95624-7920

Cameron & Myla Harrell
6728 Sao Tiago Way
Elk Grove, CA 95757

FOR THE COURT
RICHARD G. HELTZEL
CLERK, U.S. BANKRUPTCY COURT

By: _____
    Deputy Clerk